| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) TROTT, Stephen S. | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 04/01/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge, Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
550 W. Fort Street, Room 667
Boise, Idaho 83724

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boise Philharmonic Foundation |
| 2. | Board Member | Esther Simplot Performing Arts Center |
| 3. | Advisory Committee Member | Childrens Home Society of Idaho |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Vested interest in a retirement plan maintained by Los Angeles Cnty, CA. I was employed as an attorney between 1965/1981. I draw a retirement income monthly. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Los Angeles County California Retirement | $12,000.00 |
| 2. 2012 | "Highwaymen" LLC, Record Sales & Performance Fees | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | October 22-26, 2012 | Cambridge, MA | Lecture on Informants | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chevron Corp CVX | D | Dividend | M | T | | | | | |
| 2. Exon Mobil Corp XOM | B | Dividend | L | T | | | | | |
| 3. Realty Income Corp Reit O | C | Dividend | L | T | | | | | |
| 4. San Diego Cnty CACTF Partn. Sharp 5.25% | A | Dividend | | | Redeemed | 01/24/12 | J | A | |
| 5. - CPN 5% due 8/15/28 Call 07/23/10 @ 101.00 | | | | | | | | | |
| 6. - Moody A3 - S&PA CUSIP | | | | | | | | | |
| 7. Calamos Invy Tr New Growth Fd CGRIX | D | Dividend | | | Sold | 12/14/12 | J | B | |
| 8. Dodge Cox Int'l Stk Fd DODFX | B | Dividend | J | T | Sold (part) | 12/14/12 | J | B | |
| 9. Growth Fund of America Class F GFAFX | D | Dividend | J | T | Sold (part) | 12/14/12 | J | A | |
| 10. Highmark FDS Pnmfx Gineua MidCap Growth FD CLF PNMFX | E | Dividend | J | T | Buy | 12/14/12 | J | | |
| 11. Janus Inst Overseas FD JIGFX | A | Dividend | J | T | | | | | |
| 12. Janus Adv Mid Cap Value Cl I JMVAX | A | Dividend | J | T | Sold (part) | 12/14/12 | J | A | |
| 13. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | | | | | |
| 14. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Sold (part) | 06/13/12 | J | A | |
| 15. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Sold (part) | 12/14/12 | J | A | |
| 16. Mutual Ser FD Inc Global Dis Fd CL Z MDISX | A | Dividend | J | T | Sold (part) | 10/16/12 | J | B | |
| 17. J.P. Morgan US Govt Money MKT Fund Instl Class IJGXX | E | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. J.P. Morgan US Govt Money MKT Fund Instl Class IJGXX | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 19. Pimco Commodity - Real Return Stratigic Fund - PCRIX | A | Dividend | J | T | | | | | |
| 20. Pimco Commodity - Real Return Stratigic Fund - PCRIX | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 21. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | | | | | |
| 22. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 23. T. Rowe Price Intl FDS (PRIDX) Inc. Int'l Discovery Fund | A | Dividend | J | T | Buy | 06/14/12 | J | | |
| 24. Vanguard Index Trust 500 Portfolio Inv Fd VIFSX | D | Dividend | J | T | Sold (part) | 06/14/12 | J | A | |
| 25. Vanguard Index Trust 500 Portfolio Inv Fd VIFSX | C | Dividend | K | T | Buy | 12/14/12 | K | | |
| 26. Vanguard Sm Cap Sig Shrs VSISX | A | Dividend | J | T | Sold (part) | 12/14/12 | J | B | |
| 27. Vanguard Bond Index FD Short Term VBSSX | A | Dividend | J | T | | | | | |
| 28. Vanguard Fixed Income Sec. FD Short VFSUX | A | Dividend | J | T | | | | | |
| 29. Vanguard Fixed Income Sec. FD Short VFSUX | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 30. Vanguard Mid Cap Index Fd CL 1 VMISX | C | Dividend | J | T | | | | | |
| 31. Vanguard Mid Cap Index Fd CL 1 VMISX | C | Dividend | J | T | Buy | 12/14/12 | J | | |
| 32. Vanguard Bond Index VBTSX | D | Dividend | J | T | | | | | |
| 33. Vanguard Total Inst STK Index Fund VTSGX | A | Dividend | J | T | | | | | |
| 34. Vanguard Total Inst STK Index Fund VTSGX | A | Dividend | J | T | Buy | 02/16/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Total Int'l Stk Ind Sig Shr VTSGX | A | Dividend | J | T | Sold (part) | 12/14/12 | J | A | |
| 36. Calamos Inv TR New Growth FD CL CGRIX | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 37. Cash & Money Market - Evergreen US Govt Portfolio | A | Interest | K | T | | | | | |
| 38. Dodge Cox Intl STK Fund DODFX | A | Dividend | J | T | Sold (part) | 10/16/12 | J | A | |
| 39. Growth Fund American Fund - Class F GFAFX | A | Dividend | J | T | Sold (part) | 06/13/12 | J | A | |
| 40. Growth Fund American Fund - Class F GFAFX | A | Dividend | J | T | Sold (part) | 12/14/12 | J | A | |
| 41. Janus Advisers Ser Adv Mid Cap Cl 1 JMVAX | A | Dividend | J | T | Sold (part) | 12/14/12 | J | A | |
| 42. Janus Invt FD Overseas - FD CL 1 JIGFX | A | Dividend | J | T | Sold (part) | 12/14/12 | J | A | |
| 43. J.P. Morgan US Gov't Money Mkt Fd Int'l Class IJGXX | A | Dividend | J | T | | | | | |
| 44. J.P. Morgan US Gov't Money Mkt Fd Int'l Class IJGXX | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 45. Legg Mason Value Trust TR Inc NAV LMNVX | D | Dividend | J | T | Sold (part) | 06/13/12 | J | A | |
| 46. Legg Mason Value Trust TR Inc NAV LMNVX | D | Dividend | J | T | Sold (part) | 12/14/12 | J | A | |
| 47. Mutual Ser FD Inc GLBL Discovery Fd CL Z MDISX | A | Dividend | J | T | Sold (part) | 10/16/12 | J | A | |
| 48. PIMCO Commodity Real Return PCRIX | A | Dividend | J | T | | | | | |
| 49. PIMCO Commodity Real Return PCRIX | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 50. PIMCO FDS Pac Invt Mgt Ser Total Return PTTRX | A | Dividend | J | T | | | | | |
| 51. Vanguard Index Trust 500 Portfolio Inv Fund VIFSX | A | Dividend | J | T | Sold (part) | 06/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard S&P Index Fd Sig Shrs VIFSX | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 53. Vanguard Index TR Small Cap Stock Portfolio VSISX | A | Dividend | J | T | Sold (part) | 10/16/12 | J | A | |
| 54. Vanguard Mid Cap Ind Fd Sig Shrs VMISX | A | Dividend | J | T | | | | | |
| 55. Vanguard Mid Cap Ind Fd Sig Shrs VMISX | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 56. Vanguard Total Stk Index Fund VTSGX | A | Dividend | J | T | Sold (part) | 10/16/12 | J | A | |
| 57. Vanguard Total Stk Index VTSGX | A | Dividend | J | T | Sold (part) | 12/14/12 | J | A | |
| 58. Vanguard Municipal Bond Fund VMLUX | A | Dividend | J | T | | | | | |
| 59. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLUX | A | Dividend | J | T | Buy | 02/16/12 | J | | |
| 60. Vanguard Municipal Bond Fund Short Term VWSUX | D | Dividend | J | T | Sold (part) | 06/14/12 | J | A | |
| 61. Vanguard Municipal Bond Fund Short Term VWSUX | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 62. Highmark FDS Geneva Mid-Cap Growth FD CLF PNMFX | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 63. T. Rowe Price Int'l FDS Inc. Int'l Discovery Fund PRIDX | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 64. IRA - US Bank Cash Equivalent | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TROTT, Stephen S.** | 04/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII: This, except for line #64 (IRA U.S. Bank), belongs to [        ] and is [  ] separate asset held in three different accounts, which may make some of the reporting seem duplicative or redundant, which it is not.

1.  Lines 43 and 44 exchange 06/27/12
    was Vanguard Fixed Income SECS FD Inc. Short Term Inv Grade FD Inv. SHS (VFSTX)
    now Vanguard Short Term Corporate Fund Adm. as of (06/26/12) SHR Class Ex (VFSUX)

Note:   This report consists of three separate accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Stephen S. TROTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544